UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✘) |
| TELEPHONE ( ) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL        (✘) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Tuesday, July 1, 2008 @ 9:30 a.m.

CASE NUMBER: 3:CV-08-949

CAPTION:   Nationwide v. Kojsza

COUNSEL FOR PLAINTIFF:              George E. Saba, Jr., Esquire

COUNSEL FOR DEFENDANT:              Vincent S. Cimini, Esquire

CONFERENCE RESULTS:

♦    Case may be ready for trial;

♦    Only issue is a factual one;

♦    Counsel to advise if we can present this question and issue to a jury;

♦    If a trial – one day and to be accelerated.